# EXHIBIT 1

Name of Person Filing: Christina Baltucci
Street Address: 24105 north Field Rd.
City, State, Zip Code: Florence AZ, 85132
Telephone Number: 520-251-6758
Email Address: CBaltucci93@Gmail.com
ATLAS Number (if applicable)

☒ Representing Self (No Attorney)   or ☐ Represented by Attorney
If Attorney, Bar Number: _____

## SUPERIOR COURT OF ARIZONA
## PINAL COUNTY

The Geo Group
Central Arizona
Correctional Facility
TO THE ABOVE NAMED
DEFENDANT(S)

CASE NUMBER: S1100CV2 02000041

SUMMONS

HONORABLE: STEPHEN F. MCCARVILLE

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO: The Geo Group
                                Name of Defendant

**YOU ARE HEREBY SUMMONED** and required to appear and defend, in the above entitled action within TWENTY (20) DAYS, after the service of the Summons and Complaint upon you, exclusive of the day of served. If served outside the State of Arizona, you shall appear and defend within THIRTY (30) days, exclusive the day of service.

In order to appear and defend, you must file a proper response or answer in writing with the Clerk of this Court, accompanied by the required filing fee. Failure to so appear and defend will result in a judgment by default being rendered against you for the relief requested in the Complaint.

A copy of the complaint may be obtained from the Pinal County Clerk of the Superior Court 971 Jason Lopez Circle, Building A, PO Box 2730, Florence AZ 85132.

Requests for reasonable accommodations for persons with disabilities must be made to the Division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court processing.

You are required by law to serve a copy of your response or answer upon the Plaintiff(s) addressed as follows:

24105 north field Rd.
Florence AZ, 85132

GIVEN UNDER MY HAND AND THE SEAL OF THE COURT __1/10/20__.

**AMANDA STANFORD**
Clerk of the Superior Court

By _____
(DEPUTY CLERK)

FILED
AMANDA STANFORD
CLERK OF SUPERIOR COURT

2020 JAN 10 AM 11:24

BY _____ BA _____
DEPUTY

**Name of Person Filing:** Christina Bartucci
**Street Address:** 24105 northfield Rd.
**City, State, Zip Code:** Florence AZ, 85132
**Telephone Number:** 520-251-6758
**Email Address:** CBartucci93@Gmail.com
**ATLAS Number (if applicable)** _____
☒ Representing Self (No Attorney)   or   ☐ Represented by Attorney
**If Attorney, Bar Number:** _____

## SUPERIOR COURT OF ARIZONA
## PINAL COUNTY

Christina Bartucci
**Name of Plaintiff**

The Geo Group
**Name of Defendant**

**CASE NUMBER:** S1100 CV202000041

**CERTIFICATE OF COMPULSORY ARBITRATION**

**STEPHEN F. MCCARVILLE**

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fee, and costs ☐ **DOES** ☒ **DOES NOT** *(CHECK ONE)* exceed limits set by Local Rule for compulsory arbitration.

This case ☐ **IS** ☒ **IS NOT** *(CHECK ONE)* subject to the Uniform Rules of Procedures for Arbitration.

Date: January 10th 2020

_____ Christina Bartucci _____
(Signature of Attorney / Plaintiff)

CONFORMED COPY FURNISHED

FILED
AMANDA STANFORD
CLERK OF SUPERIOR COURT

2020 JAN 10 AM 11: 24

BY _____BA_____
DEPUTY

**Name of Person Filing:** Christina Bartucci
**Street Address:** 24105 North Field Rd
**City, State, Zip Code:** Florence, AZ 85132
**Telephone Number:** 520-251-6758
**Email Address:** CBartucci93@gmail.com
☒ Representing Self (No Attorney)   or   ☐ Represented by Attorney
**If Attorney, Bar Number:** _____

## SUPERIOR COURT OF ARIZONA
## PINAL COUNTY

In the Matter of:

Christina Bartucci
Name of Petitioner

CASE NUMBER: CV202000041

def 3/8

TITLE: Employment Dispute

TheGeoGroup
Name of Respondent

HONORABLE STEPHEN F. MCCARVILLE

To whom it may concern
I Christina Bartucci, am writting a petition on behalf of employment Discrimination that had occured Approximately around 2018. The following issues are outlined as. Respondent has denied my request for reasonable accomodations. Respondent issued unwarrented write-ups due to my medical conditions. Also to include Respondent began to cause a Hostile work enviroment as well as intimidating work enviroment. Lastly the Respondent failed to promote me. To conclude this petition I have attached the charge of Discrimination from the Attorney General's

Page 1 of 2

Other_BTP_COSCPinal_02.07.18
Use only most current version

CONFORMED COPY FURNISHED

office, Civil rights Divison and EEOC. In hopes that this will give you a better understanding of why I'm submitting a petition. I Christina Bartucci recived a dismissal notice from The Arizona Attorney General's office on The month of October 17th 2019. I then reacked out to the equal opportunity of commision again to ask what I needed to do for them to review my case so I don't loose it. The investigator I spoke to she stated that I Already passed my substantial weight review which I only had 15 days to file after recieving the Dismissal notice. The investigator then stated I would have to file a state lawsuit at the court house and my last day to file is January 15th 2020. I misunderstood the substantial weight review process And which I was in a autobody collision on these timeframes under medical attention. But however the Equal opportunity commision stated no excuses are to be made. I apologise for my ignorance the way I wrote this petiction isn't very Formal. Thank you for your time.

☒ I have filed the ORIGINAL of the attached document(s) on  Jan       10
                                                           (Month)   (Day)

20 20   With the Clerk of the Superior Court of Arizona in Pinal County.

☐ I have mailed/delivered a COPY of the attached document(s) on _____
                                                                 (Month)  (Day)

20 ____ to: _____

Today's Date: 01-10-2020   Your Signature: Christinna Bartucci



| MARK BRNOVICH<br>ATTORNEY GENERAL | OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>CIVIL LITIGATION DIVISION<br>DIVISION OF CIVIL RIGHTS SECTION | REBEKAH BROWDER<br>VINCENT SOTTOSANTI<br>CHIEF COUNSEL |
|---|---|---|

## Dismissal Notice

To: Christina Bartucci
24105 North Field Road
Florence, AZ 85132

The GEO Group, Inc.
c/o Steven G. Biddle, Esq.
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016

Re: Christina Bartucci   v. The GEO Group, Inc.
CRD No.: TCRD-2019-0001
EEOC No.: 35A-2019-000132C

**The Division of Civil Rights Section is closing its file on this charge.**

Based upon its investigation, the Division of Civil Rights Section concludes that the information obtained is not sufficient to establish violations of the statute(s) and further investigation is unlikely to produce such evidence. This does not certify that the Respondent is in compliance with the statute(s). No finding is made as to any other issues that might be construed as having been raised by this charge/complaint. The notice of Charging Party's appeal rights is included on the reverse or following page.

On behalf of the Division,

_____
Rebekah Browder, Chief Counsel

10-17-19
(Date)

# CHARGE OF DISCRIMINATION — Page 1 of 2

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | TCRD-2019-000L |
| ☐ EEOC | 35A-2019-00132C |

**Arizona Attorney General's Office, Civil Rights Division and EEOC**
State or Local Agency, if any

RECEIVED DEC 31 2018 CIVIL RIGHTS SECTION TUCSON OFFICE

| Name (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Ms. Christina Bartucci | 520-251-6758 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 24105 N. Field Road | Florence, AZ 85132 | 01/21/1993 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICE SHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| TGG, Inc.(FN) dba The Geo Group, Inc. | D | 520-868-4809 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1401 E. Diversion Dam Road | Florence, AZ 85132 | Pinal |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| TGG, Inc. (FN) | 561-893-0101 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 621 NW 53rd Street Ste. 700 | Boca Raton, FL 33487 | Boca Raton |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ AGE
☒ RETALIATION  ☒ DISABILITY  ☐ GENETIC TEST RESULTS  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)     LATEST (ALL)
                        10/26/2018
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. **PERSONAL HARM:** A. Respondent has effectively denied my repeated requests for reasonable accommodations. B. Respondent has subjected me to different terms and conditions of employment and a hostile and intimidating work environment. C. Respondent failed to promote me. D. I felt compelled to go out of work on leave.

II. **RESPONDENTS REASON FOR ADVERSE ACTION:** A.-C. None Given. D. N/A.

III. **DISCRIMINATION STATEMENT:** I believe Respondent discriminated against me because of my race, White, my disability and because I engaged in conduct protected under the Arizona Civil Rights Act, as amended, Title VII of the Civil Rights Act of 1964, as amended and Title I of the Americans with Disabilities Act of 1990, as amended. The particulars are:

A. In or around September 2017, I began my employment with Respondent as a Correctional Officer. I report to Respondent's Sergeant, (FNU) Bryant and Respondent's Lieutenant, Ella McGivney. Respondent became aware that I am a person with disabilities in or around 2017 and again in 2018, when I disclosed a separate disabling condition.

B. In or around 2017, I suffered a workplace injury that resulted in a disabling condition. I requested reasonable accommodations that Respondent nominally approved but has effectively denied by assigning me job duties that conflict with my standing restrictions.

---

I want this charge filed with both the EEOC and the state or local agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Signature of Complainant and Date:

X Christina Bartucci  12-27-2018

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, Day, Year)

See reverse for Notary

| CHARGE OF DISCRIMINATION, PAGE 2 OF 2 <br> This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY <br> X FEPA <br> EEOC | CHARGE NUMBER |
|---|---|---|

## Arizona Attorney General's Office, Civil Rights Division and EEOC

CASE NAME: Ms. Christina Bartucci v. TGG, Inc.(FN) dba The Geo Group, Inc.

C. In or around early 2018, I disclosed a separate disabling condition and requested reasonable accommodations but Respondent has effectively denied my request by ignoring my requests and the requests made on behalf of me by my doctor and by making repeated and unreasonable requests for additional medical documentation.

D. Starting in or around 2018, and as recently as October 26, 2018, Respondent has subjected me to different terms and conditions of employment and a hostile and intimidating work environment, including but not limited to, scrutinizing my appearance more closely, issuing me unwarranted verbal counseling about dress code noncompliance and issuing me further unwarranted write ups. I am aware, as is Respondent, that Respondent does not enforce its dress code policies in a non-discriminatory manner because similarly situated, non-White, employees are regularly and publicly non-compliant with such policies without any apparent consequence.

E. In or around July 2018, I objected to Respondent's compulsory overtime due to my medical condition and notified McGibney that I would soon submit medical records to support my refusal. In response, McGibney compelled me to submit a written report detailing specific symptoms of my condition and proceeded to ask me specific questions about my condition. Despite submitting the written report and submitting medical records excusing my refusal, McGivney issued me an unwarranted write up for refusing mandatory overtime.

F. In or around August 2018, I demonstrated interest in Respondent's Visitation Officer Position, a position for which I am qualified and for which Respondent sought applicants. I have since been made aware that Respondent selected a non-White applicant who I believe is less qualified than me.

G. On or about October 26, 2018, I felt compelled to go out of work on leave because Respondent has failed to consider my repeated requests for reasonable accommodations.

H. I believe and therefore allege that but for my disability and but for having engaged in protected conduct, Respondent would not have effectively denied my repeated requests for reasonable accommodations and I would not have felt compelled to go out of work on leave. I believe and therefore further allege that but for my race, White, my disability and but for having engaged in protected conduct, Respondent would not have subjected me to different terms and conditions of employment and a hostile and intimidating work environment and Respondent would not have failed to promote me.

CC 7546804

| CHARGE OF DISCRIMINATION, PAGE 2 OF 2 | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | X FEPA EEOC | |

## Arizona Attorney General's Office, Civil Rights Division and EEOC

CASE NAME: Ms. Christina Bartucci v. TGG, Inc.(FN) dba The Geo Group, Inc.

C. In or around early 2018, I disclosed a separate disabling condition and requested reasonable accommodations but Respondent has effectively denied my request by ignoring my requests and the requests made on behalf of me by my doctor and by making repeated and unreasonable requests for additional medical documentation.

D. Starting in or around 2018, and as recently as October 26, 2018, Respondent has subjected me to different terms and conditions of employment and a hostile and intimidating work environment, including but not limited to, scrutinizing my appearance more closely, issuing me unwarranted verbal counseling about dress code noncompliance and issuing me further unwarranted write ups. I am aware, as is Respondent, that Respondent does not enforce its dress code policies in a non-discriminatory manner because similarly situated, non-White, employees are regularly and publicly non-compliant with such policies without any apparent consequence.

E. In or around July 2018, I objected to Respondent's compulsory overtime due to my medical condition and notified McGibney that I would soon submit medical records to support my refusal. In response, McGibney compelled me to submit a written report detailing specific symptoms of my condition and proceeded to ask me specific questions about my condition. Despite submitting the written report and submitting medical records excusing my refusal, McGivney issued me an unwarranted write up for refusing mandatory overtime.

F. In or around August 2018, I demonstrated interest in Respondent's Visitation Officer Position, a position for which I am qualified and for which Respondent sought applicants. I have since been made aware that Respondent selected a non-White applicant who I believe is less qualified than me.

G. On or about October 26, 2018, I felt compelled to go out of work on leave because Respondent has failed to consider my repeated requests for reasonable accommodations.

H. I believe and therefore allege that but for my disability and but for having engaged in protected conduct, Respondent would not have effectively denied my repeated requests for reasonable accommodations and I would not have felt compelled to go out of work on leave. I believe and therefore further allege that but for my race, White, my disability and but for having engaged in protected conduct, Respondent would not have subjected me to different terms and conditions of employment and a hostile and intimidating work environment and Respondent would not have failed to promote me.

CC 7546804