R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Sarah O'Keefe; AZ Bar No. 030131
sokeefe@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant
The GEO Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Bartucci,<br><br>        Plaintiff,<br><br>v.<br><br>The GEO Group, Inc.,<br><br>        Defendant. | Case No. 2:20-cv-00410-ESW<br><br>**DEFENDANT THE GEO GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The GEO Group, Inc. states that it has no parent corporation.  The Vanguard Group, Inc. and BlackRock Fund Advisors own ten percent (10%) or more of GEO's stock.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 26th day of February, 2020.

                                            s/ R. Shawn Oller
                                            R. Shawn Oller
                                            Sarah O'Keefe
                                            LITTLER MENDELSON, P.C.
                                            *Attorneys for Defendant*
                                            *The GEO Group, Inc.*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

| | |
|---|---|
| 1 | |
| 2 | I hereby certify that the original of the foregoing was electronically filed using AZ Turbo Court to the Clerk of the Court and a copy of the same was mailed via U.S. Mail Return Receipt Requested and Email to the following if non-registrants, this 26th day of February, 2020. |

I hereby certify that the original of the foregoing was electronically filed using AZ Turbo Court to the Clerk of the Court and a copy of the same was mailed via U.S. Mail Return Receipt Requested and Email to the following if non-registrants, this 26th day of February, 2020.

Christina Bartucci
24105 North Field Road
Florence, AZ 85132
Cbartucci93@gmail.com
*Plaintiff, pro se*

*s/ Sara Jurecki*

4821-9140-1651.1 059218.1410

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-